No. 9164.

OWEN *v.* COTTEN.

*Error to El Paso District Court, Hon. W. S. Morris, Judge.*

*Department One.*

Reversed.   On the authority of *Love v. Cotten,* No. 9165.

W. B. LOMBARD and W. N. RUBY, for plaintiffs in error.

ORR, ROBINETT & MASON and J. C. YOUNG, for defendants in error.

Opinion by *Mr. Justice Teller.*

The controversy in this cause is identical, except as to the party plaintiffs, with that in No. 9165, *Love v. Cotten et al.,* recently decided, and the evidence is substantially the same.

The plaintiff's evidence was sufficient to put the defendants upon their defense, and the granting of a non-suit was error.

The judgment is reversed.

Chief Justice Hill and Mr. Justice White concur.

---

ATKINSON *v.* L'ABBE, ET AL.

*In Department.*

*Error to Denver District Court, Hon. Clarence J. Morley, Judge.*

Mr. JOHN HORNE CHILES, for plaintiff in error.

Mr. JOHN M. MAXWELL and Messrs. GARWOOD & GARWOOD, for defendants in error.

*Per Curiam:*

CARRIGUES, C. J., ALLEN and BURKE, J. J.

This cause is now before us on the application of Plaintiff in Error for a Supersedeas.   Upon consideration of all matters here presented no error appears and no necessity is disclosed for a discussion by this court of any of the questions raised.   The supersedeas is denied and the judgment of the trial court affirmed.

Time for filing a motion for re-hearing having been waived by Plaintiff in Error the Clerk of this Court will issue Remittitur forthwith.